# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-18-RJC
# (3:17-cr-298-RJC-DSC-1)

| | |
|---|---|
| **SHARI LAVELLE HARRIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255, (Doc. No. 1).

Upon review of the § 2255 Motion to Vacate, the Court has discovered that pages 2 and 6 are missing. See (Doc. No. 1 at 1-2, 4-5). Within 20 days of this Order Petitioner must either file the missing pages of the original Motion to Vacate so that they may be added to the Court's docket, or file a superseding Amended Motion to Vacate subject to all timeliness and procedural requirements. Petitioner's failure to timely comply with this Order may result in this case's dismissal without further notice.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner must, within **twenty (20) days** of this Order, file pages 2 and 6 of the § 2255 Motion to Vacate, (Doc. No. 1), or file a superseding Amended Motion to Vacate.

2. Failure to comply with this Order may result in this case's dismissal without further notice.

3. The Clerk is instructed to mail Petitioner a blank copy of the § 2255 form.

1

Signed: January 29, 2021

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge